1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  CHRISTINA S. BHIRUD, ESQ.
   Nevada Bar No. 11462
3  AKERMAN SENTERFITT LLP
   1160 Town Center Drive, Suite 330
4  Las Vegas, Nevada 89144
   Telephone:    (702) 634-5000
5  Facsimile:    (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: christina.bhirud@akerman.com
7

8  *Attorneys for Defendants Countrywide*
   *Home Loans, Inc., sued incorrectly as*
9  *Countrywide Home Loans, ReconTrust*
   *Company, N.A., sued incorrectly as*
10 *ReconTrust Company, and Mortgage*
   *Electronic Registration Systems, Inc.,*
11 *sued incorrectly as Mortgage Electronic*
   *Registration Systems (MERS)*
12

13             **UNITED STATES DISTRICT COURT**

14                 **DISTRICT OF NEVADA**

15

16 ERICK GURULE,                          Case No: 2:11-cv-01257-GMN-RJJ

17                        Plaintiff,

   vs.
18                                        **ORDER EXPUNGING LIS PENDENS**

19 COUNTRYWIDE HOME LOANS;
   RECONTRUST COMPANY;  MORTGAGE
20 ELECTRONIC REGISTRATION SYSTEMS
   (MERS); JOHN and JANE DOE
21 CERTIFICATE HOLDERS; JACK and JILL
   DOE CERTIFICATE HOLDERS; and QUI CHI
22 DOE CORPORATIONS/ENTITIES,

23                        Defendants.

24        On January 5, 2012, this Court issued an Order dismissing Plaintiff's Complaint, without

25 prejudice, for failure to pay the filing fee in accordance with the Court's October 6, 2011 order [Dkt.

26 17].   *See* Dkt. 22.   The Court also granted Defendants Countrywide Home Loans, Inc., sued

27 incorrectly as Countrywide Home Loans (**Countrywide**), ReconTrust Company, N.A., sued

28 incorrectly as ReconTrust Company (**ReconTrust**), and Mortgage Electronic Registration Systems,

*Left margin (vertical text):* AKERMAN SENTERFITT LLP — 1160 TOWN CENTER DRIVE, SUITE 330 — LAS VEGAS, NEVADA 89144 — TEL.: (702) 634-5000 – FAX: (702) 380-8572

Inc.'s, sued incorrectly as Mortgage Electronic Registration Systems (**MERS** and, together with Countrywide and ReconTrust, **Defendants**) Motion to Expunge Lis Pendens [Dkt. 9]. *See* Dkt. 23.

The Court finds that Plaintiff recorded a Notice of Lis Pendens (**Lis Pendens**) on or about August 4, 2011, as document number 201108040002294, in the real property records maintained by the Clark County Recorder. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully incorporated by reference.

Upon consideration of Defendants' request to cancel the above-referenced Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1.     It is ordered, adjudged and decreed that the above-referenced Lis Pendens is hereby canceled, released, and expunged.

2.     It is further ordered, adjudged and decreed that this Order canceling the above-referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**AKERMAN SENTERFITT LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

3.     It is further ordered, adjudged and decreed that Defendants record a properly certified copy of this Cancellation Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

**IT IS SO ORDERED** this 10th day of January, 2012.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

**AKERMAN SENTERFITT LLP**

  /s/ Christina S. Bhirud
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINA S. BHIRUD, ESQ.
Nevada Bar No. 11462
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants Countrywide Home Loans, Inc., sued incorrectly as Countrywide Home Loans, ReconTrust Company, N.A., sued incorrectly as ReconTrust Company, and Mortgage Electronic Registration Systems, Inc., sued incorrectly as Mortgage Electronic Registration Systems (MERS)*

AKERMAN SENTERFITT LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**AKERMAN SENTERFITT LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# EXHIBIT A

{22840224;1}

( ( γ

Recording Requested by:

_____

After Recording, return to:

Erick Gurule

PO BOX 97551

Las Vegas NV 89193

Inst #: 201108040002294
Fees: $15.00
N/C Fee: $25.00
08/04/2011 12:55:12 PM
Receipt #: 868876
Requestor:
**ERICK GURULE**
Recorded By: CHR   Pgs: 2
**DEBBIE CONWAY**
**CLARK COUNTY RECORDER**

_____

Above   reserved

to recorder

APN: __176-20-411-073__

UNITED STATES DISTRICT COURT

Notice of Pendency of Action

(Lis Pendens)

In The Matter of

IN THE UNITED STATES DISTRICT COURT, CLARK COUNTY,NEVADA

Erick Gurule

      Plaintiff(s),

Vs.

                                 Case No:
                          2:11-cv-01257-GMN-RJJ

Countrywide Home Loans, Inc/Bank of America.

Recontrust Company and MERS

      Defendant(s)

KNOWN ALL BY THESE PRESENTS, the undersigned states:

1.The Plaintiff(s) is/are:

Erick Gurule, has filed an action in the US District Court, for the District of Nevada

2.The Defendant(s) is/are:

Countrywide Home Loans, Inc/Bank of America, Recontrust Company and MERS.

3.The object of the action is:

Failure to produce the original note and failure to provide evidence of ownership of the mortgage upon the below listed property of the Plaintiff, demand to set aside foreclosure.

4.The address of the real property to be affected is:

9254 Grassy Weep Court, Las Vegas, NV 89178.

I/We the undersigned Plaintiff, being duly sworn on oath or affirmation that all the information and statements in this instrument are true and correct to the best of my/our knowledge and belief under penalty of perjury pursuant to the Law of the State of Nevada. All statements made herein in good faith and in the interest of justice.

EXECUTED this __3__ day of __August__ ,2011.

By:_____

By: Erick Gurule, Plaintiff


STATE OF NEVADA )
COUNTY OF CLARK)                                                NOTARY
ACKNOWLEDGEMENT


SUBSCRIBED            AND        SWORN        TO        before        me
on__3, August_____ ,2011

Signature      of      Notary      Public    _____
print or Type Name of Notary Public

My commission expires on:__May 5 2012__



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
JACQUELYN J. TREVENA
Appt. No. 04-90378-1
My Appt. Expires May 5, 2012